UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
  SHERRI L MUMMEY )
) CASE NO. 10-30802-DHW-13
    Debtor(s). )

## OBJECTION TO CONFIRMATION

Now comes WHITNEY NATIONAL BANK, by its attorneys, Chambless Math     Carr, P.C., and objects to confirmation of the Debtor s proposed plan and in support thereof states as follows:

1. The debtor has failed to provide evidence of insurance coverage as required 11 U.S.C. Section 1326(a)(4) on the collateral securing the loans of the movant, to wit; 2000 BC-820 AHS - Guin Mobile Home and Appurts.

WHEREFORE, WHITNEY NATIONAL BANK, prays for an Order denying confirmation along with such further relief as the Court may deem proper.

                              WHITNEY NATIONAL BANK

                              By: /s/ Leonard N. Math

Of Counsel:
Chambless Math     Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230

CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and/or depositing a copy thereof in the United States mail postage prepaid on this May 13, 2010.

Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery AL 36101

Richard D. Shinbaum
SHINBAUM, McLEOD & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

SHERRI L MUMMEY
1680 RIVER FALLS ROAD
WETUMPKA AL 36092

                                      /s/ Leonard N. Math